ROBBINS ARROYO LLP
BRIAN J. ROBBINS (#190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (#164886)
csmith@robbinsarroyo.com
JENNY L. DIXON (#192638)
jdixon@robbinsarroyo.com
GINA STASSI (#261263)
gstassi@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of FUSION-IO, INC., <br><br> Plaintiff, <br> v. <br><br> DAVID A. FLYNN, DENNIS P. WOLF, H. RAYMOND BINGHAM, DANA L. EVAN, SCOTT D. SANDELL, and FOREST BASKETT, <br><br> Defendants, <br> -and- <br><br> FUSION-IO, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 5:14-cv-00190-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT AND RELATED SCHEDULING** <br><br><br> Hearing Date: September 18, 2014 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 8, 4th Floor <br> Judge: Hon. Lucy H. Koh <br><br> Action Filed: January 13, 2014 |

Case No.: 5:14-cv-00190-LHK
STIPULATION & PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND
RELATED SCHEDULING

1  Plaintiff The Police Retirement System of St. Louis ("Plaintiff"), nominal defendant
2  Fusion-io, Inc., and individual defendants David A. Flynn, Dennis P. Wolf, H. Raymond
3  Bingham, Dana L. Evan, Scott D. Sandell, and Forest Baskett (collectively, "Defendants")
4  hereby stipulate and agree as follows:

5  WHEREAS, on January 13, 2014, Plaintiff filed a putative shareholder derivative
6  complaint ("Complaint") against Defendants;

7  WHEREAS, on February 3, 2014, the Court granted Fusion-io, Inc.'s administrative
8  motion to relate this action to pending securities class actions captioned *Miami Police Relief &*
9  *Pension Fund v. Fusion-io, Inc.*, Case No. 5:13-cv-05368-LHK, *Marriott v. Fusion-io, Inc., et*
10 *al.*, Case No. 5:13-cv-05474-LHK (filed Nov. 26, 2013), and *Denenburg v. Fusion-io, Inc., et al.*,
11 Case No. 4:14-cv-00242-SBA (filed Jan. 15, 2013) (Dkt. 14);

12 WHEREAS, on February 5, 2014, the Court sent notice scheduling a Case Management
13 Conference on June 12, 2014 and setting June 5, 2014 as the deadline to file the Case
14 Management Statement (Dkt. 22);

15 WHEREAS, on March 20, 2014, the parties filed the Stipulation Pursuant to Local Rule
16 6-1(a) Regarding Response to Complaint setting a briefing schedule on Defendants' motion to
17 dismiss ("Briefing Schedule") (Dkt. 25);

18 WHEREAS, pursuant to the Briefing Schedule, Defendants filed their motion to dismiss
19 the Complaint ("Motion") on May 1, 2014 (Dkt. 26);

20 WHEREAS, in accordance with the Briefing Schedule, Plaintiff's opposition to the
21 Motion is currently to be filed no later than June 16, 2014, and Defendants' reply in support of
22 their Motion is to be filed no later than July 16, 2014, with the Motion to be heard on September
23 18, 2014;

24 WHEREAS the parties have met and conferred and wish to extend the Briefing Schedule
25 on the Motion, while retaining the September 18, 2014 hearing date for the Motion;

26 WHEREAS, given the September 18, 2014 hearing date on Defendants' Motion, the

27
- 1 -

28
Case No.: 5:14-cv-00190-LHK
STIPULATION & PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND
RELATED SCHEDULING

1  parties believe that the June 12, 2014 Case Management Conference should be continued until
2  after the Court's ruling on the Motion; and
3  　　　WHEREAS the parties agree that should the Court decide not to enter an order consistent
4  with this Stipulation, each party will not assert that the other has failed to timely file to the extent
5  each party is acting in reliance on this Stipulation.
6  　　　NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and
7  respectfully request that the Court enter an Order as follows:
8  　　　1.　　Plaintiff's Opposition to the Motion shall be filed no later than July 21, 2014;
9  　　　2.　　Defendants' Reply in support of their Motion shall be filed no later than August
10  　　　　　20, 2014; and
11  　　　3.　　The Case Management Conference scheduled for June 12, 2014, shall be
12  　　　　　vacated and continued to September 18, 2015 at 1:30p.m.
13  　　　**IT IS SO STIPULATED**

14  Dated: May 23, 2014　　　　　　　　　　　　ROBBINS ARROYO LLP
　　　　　　　　　　　　　　　　　　　　　　　BRIAN J. ROBBINS
15　　　　　　　　　　　　　　　　　　　　　　CRAIG W. SMITH
　　　　　　　　　　　　　　　　　　　　　　　JENNY L. DIXON
16　　　　　　　　　　　　　　　　　　　　　　GINA STASSI

17　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Jenny L. Dixon
　　　　　　　　　　　　　　　　　　　　　　　　　　JENNY L. DIXON
18

19　　　　　　　　　　　　　　　　　　　　　　600 B Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
20　　　　　　　　　　　　　　　　　　　　　　Telephone: (619) 525-3990
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 525- 3991
21　　　　　　　　　　　　　　　　　　　　　　brobbins@robbinsarroyo.com
　　　　　　　　　　　　　　　　　　　　　　　csmith@robbinsarroyo.com
22　　　　　　　　　　　　　　　　　　　　　　jdixon@robbinsarroyo.com
　　　　　　　　　　　　　　　　　　　　　　　gstassi@robbinsarroyo.com
23
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
24
　　Dated: May 23, 2014　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI,
25　　　　　　　　　　　　　　　　　　　　　　　P.C.
　　　　　　　　　　　　　　　　　　　　　　　BORIS FELDMAN
26　　　　　　　　　　　　　　　　　　　　　　IGNACIO E. SALCEDA
　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS J. CLARK
27                                            - 2 -
28                                            Case No.: 5:14-cv-00190-LHK
　　STIPULATION & PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND
　　　　　　　　　　　　　　RELATED SCHEDULING

BENJAMIN M. CROSSON

      /s/Ignacio E. Salceda
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
isalceda@wsgr.com
dclark@wsgr.com
bcrosson@wsgr.com

*Attorneys for Individual Defendants Dennis P. Wolf, H. Raymond Bingham, Dana L. Evan, Scott D. Sandell, and Forest Baskett, and Nominal Defendant Fusion-io, Inc.*

Dated: May 23, 2014

LEWIS ROCA ROTHGERBER LLP
KENNETH F. ROSSMAN, IV (SB # 237558)

      /s/Kenneth F. Rossman, IV
KENNETH F. ROSSMAN, IV

1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 623-9000
Facsimile: (303) 623-9222
krossman@lrrlaw.com

*Attorneys for Individual Defendant David A. Flynn*

### ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In compliance with Local Rule 5-1(i)(3), I certify that the content of the document is acceptable to all persons required to sign said document by obtaining either physical signatures or authorization for the electronic signatures of all parties on the document.

DATED: May 23, 2014

      /s/ Jenny L. Dixon
JENNY L. DIXON

956855

- 3 -

Case No.: 5:14-cv-00190-LHK
STIPULATION & PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND RELATED SCHEDULING

1 * * *

2 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3

4 DATED:  May 27        , 2014        _____

5                                      HONORABLE LUCY H. KOH
                                       UNITED STATES DISTRICT JUDGE

- 4 -

Case No.: 5:14-cv-00190-LHK
STIPULATION & PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND RELATED SCHEDULING