1  BORIS FELDMAN, State Bar No. 128838
2  DOUGLAS J. CLARK, State Bar No. 171499
   IGNACIO E. SALCEDA, State Bar No. 164017
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: boris.feldman@wsgr.com
   Email: dclark@wsgr.com
7  Email: isalceda@wsgr.com

8  Attorneys for Defendants Dennis P. Wolf, H.
   Raymond Bingham, Dana L. Evan, Scott D.
9  Sandell, and Forest Baskett, and Nominal
   Defendant Fusion-io, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of FUSION-IO, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID A. FLYNN, DENNIS P. WOLF, H. RAYMOND BINGHAM, DANA L. EVAN, SCOTT D. SANDELL, and FOREST BASKETT, <br><br> Defendants. <br><br> -and- <br><br> FUSION-IO, INC., a Delaware corporation, <br><br> Nominal Defendant. | CASE NO.: 5:14-cv-00190-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING AND HEARING SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER
REGARDING MOTION TO DISMISS
BRIEFING AND HEARING SCHEDULE
CASE NO.: 5:14-cv-00190-LHK

1  WHEREAS, on January 13, 2014, Plaintiff The Police Retirement System of St. Louis ("Plaintiff") filed a putative shareholder derivative complaint ("Complaint") against Defendants David A. Flynn, Dennis P. Wolf, H. Raymond Bingham, Dana L. Evan, Scott D. Sandell, and Forest Baskett, and Nominal Defendant Fusion-io, Inc. ("Fusion-io") (collectively, "Defendants");

WHEREAS, on March 20, 2014, the parties filed the Stipulation Pursuant to Local Rule 6-1(a) Regarding Response to Complaint setting a briefing schedule on Defendants' motion to dismiss ("Motion"), with the Motion to be heard on September 18, 2014 (Dkt. 25);

WHEREAS, pursuant to the March 20, 2014 stipulation, Defendants filed their Motion on May 1, 2014 (Dkt. 26);

WHEREAS, on May 23, 2014, the parties stipulated to extend the briefing schedule for the Motion, with Plaintiff's Opposition to the Motion to be filed no later than July 21, 2014, Defendants' Reply in support of their Motion to be filed no later than August 20, 2014, and the hearing to remain on September 18, 2014, which stipulation was signed into order by this Court on May 27, 2014 (Dkts. 29, 30);

WHEREAS, on June 16, 2014, SanDisk Corporation announced a definitive agreement to acquire Fusion-io in an all-cash transaction valued at approximately $1.1 billion, net of cash assumed ("Acquisition"), pursuant to which SanDisk would commence a tender offer for all outstanding shares of Fusion-io for $11.25 per share in cash ("Tender Offer");

WHEREAS, the Tender Offer is scheduled to close on or around July 22, 2014;

WHEREAS, the parties agree that, if the Tender Offer is completed and the Acquisition closes, Plaintiff would no longer have standing to pursue this putative derivative action;

WHEREAS, for the purpose of ensuring that this action proceeds in an efficient and orderly fashion, counsel for the parties have conferred and agreed to suspend briefing on the Motion, pending the outcome of the Tender Offer and Acquisition;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby agree and stipulate to the following:

1. Plaintiff need not file its Opposition to the Motion, nor must Defendants file their Reply in support of the Motion, as set forth in the existing briefing schedule;

2. The September 18, 2014 hearing date for the Motion shall be vacated;

3. In the event the Tender Offer fails to close, the parties agree to meet and confer in good faith to agree on a new schedule for the filing of Plaintiff's Opposition to the Motion and Defendants' Reply in support of the Motion, as well as the hearing on the Motion.

Respectfully submitted,

Dated: July 14, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: /s/ Ignacio E. Salceda
    Ignacio E. Salceda
    isalceda@wsgr.com

Attorneys for Defendants Dennis P. Wolf, H. Raymond Bingham, Dana L. Evan, Scott D. Sandell, and Forest Baskett, and Nominal Defendant Fusion-io, Inc.

Dated: July 14, 2014

LEWIS ROCA ROTHGERBER LLP
James M. Lyons
Kenneth F. Rossman, IV, State Bar No. 237558
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
Telephone: (303) 623-9000
Facsimile: (303) 623-9222

By: /s/ Kenneth F. Rossman, IV
    Kenneth F. Rossman, IV
    krossman@lrrlaw.com

Attorneys for David A. Flynn

STIPULATION AND [PROPOSED] ORDER
REGARDING MOTION TO DISMISS
BRIEFING AND HEARING SCHEDULE
CASE NO.: 5:14-cv-00190-LHK

-3-

| | |
|---|---|
| Dated: July 14, 2014 | ROBBINS ARROYO LLP<br>Craig W. Smith<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>By: /s/ Craig W. Smith<br>　　　Craig W. Smith<br>　　　csmith@robbinsarroyo.com<br><br>Attorneys for Plaintiff<br>The Police Retirement System of St. Louis |

### ECF CERTIFICATION

*I, Ignacio E. Salceda, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Motion to Dismiss Briefing and Hearing Schedule. In compliance with General Order 45, X.B., I hereby attest that Craig W. Smith and Kenneth F. Rossman, IV have concurred in this filing.*

By: /s/ Ignacio E. Salceda
　　　Ignacio E. Salceda

\* \* \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 7/16/2014

/s/ Lucy H. Koh
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE