ROBBINS ARROYO LLP
BRIAN J. ROBBINS (#190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (#164886)
csmith@robbinsarroyo.com
JENNY L. DIXON (#192638)
jdixon@robbinsarroyo.com
GINA STASSI (#261263)
gstassi@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of FUSION-IO, INC., <br><br>Plaintiff,<br><br>v.<br><br>DAVID A. FLYNN, DENNIS P. WOLF, H. RAYMOND BINGHAM, DANA L. EVAN, SCOTT D. SANDELL, and FOREST BASKETT,<br><br>Defendants,<br><br>-and-<br><br>FUSION-IO, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 5:14-cv-00190-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE**<br><br><br><br><br><br><br><br>Judge: Hon. Lucy H. Koh<br><br>Action Filed: January 13, 2014 |

Case No.: 5:14-cv-00190-LHK
JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING ACTION

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, plaintiff The Police Retirement System of St. Louis ("Plaintiff"), nominal defendant Fusion-io, Inc. ("Fusion-io"), and individual defendants David A. Flynn, Dennis P. Wolf, H. Raymond Bingham, Dana L. Evan, Scott D. Sandell, and Forest Baskett (collectively, "Defendants"), by and through their counsel, respectfully request the Court enter an Order granting Plaintiff's request to voluntarily dismiss the above-captioned action without prejudice. The parties state as follows:

WHEREAS, on January 13, 2014, Plaintiff filed its Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment ("Complaint") against Defendants;

WHEREAS, Defendants filed their motion to dismiss the Complaint ("Motion") on May 1, 2014 (Dkt. 26);

WHEREAS, on June 16, 2014, SanDisk Corporation ("SanDisk") announced a definitive agreement to acquire Fusion-io in an all-cash transaction valued at approximately $1.1 billion, net of cash assumed ("Acquisition"), pursuant to which SanDisk would commence a tender offer for all outstanding shares of Fusion-io for $11.25 per share in cash ("Tender Offer");

WHEREAS, on July 14, 2014, the parties stipulated to suspend briefing on the Motion because, if the Tender Offer is completed and the Acquisition closes, Plaintiff would no longer have standing to pursue this putative derivative action (Dkt. 31), which was signed into order by this Court on July 16, 2014 (Dkt. 32);

WHEREAS, the Tender Offer has closed and SanDisk subsequently completed the Acquisition of Fusion-io on July 23, 2014;

WHEREAS, Plaintiff now seeks to voluntarily dismiss this Action without prejudice, with each party to bear their own costs and fees; and

WHEREAS, the parties respectfully submit that notice is unnecessary to protect the interests of Fusion-io and its shareholders for the following reasons: (i) Plaintiff seeks dismissal without prejudice; (ii) there has been no settlement or compromise; (iii) there has been no

- 1 -

Case No.: 5:14-cv-00190-LHK
JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING ACTION

collusion among the parties; and (iv) neither Plaintiff nor its counsel has received or will receive any consideration from Defendants for the dismissal.

**RELIEF REQUESTED**

NOW THEREFORE, the parties STIPULATE and AGREE, and request that the Court enter an Order approving the voluntary dismissal of this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1. The Action is dismissed without prejudice;
2. For the reasons stated above, notice of said dismissal is not required; and
3. Each party shall bear their own costs and fees.

**IT IS SO STIPULATED**.

Dated: August 5, 2014

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
JENNY L. DIXON
GINA STASSI

/s/Jenny L. Dixon
JENNY L. DIXON

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525- 3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
jdixon@robbinsarroyo.com
gstassi@robbinsarroyo.com

*Attorneys for Plaintiff*

Dated: August 5, 2014

WILSON SONSINI GOODRICH & ROSATI, P.C.
BORIS FELDMAN
IGNACIO E. SALCEDA
DOUGLAS J. CLARK
BENJAMIN M. CROSSON

/s/Ignacio E. Salceda
IGNACIO E. SALCEDA

- 2 -

Case No.: 5:14-cv-00190-LHK
JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY
DISMISSING ACTION

|   |   |
|---|---|
|   | 650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>boris.feldman@wsgr.com<br>isalceda@wsgr.com<br>dclark@wsgr.com<br>bcrosson@wsgr.com |
|   | *Attorneys for Individual Defendants Dennis P. Wolf, H. Raymond Bingham, Dana L. Evan, Scott D. Sandell, and Forest Baskett, and Nominal Defendant Fusion-io, Inc.* |
| Dated: August 5, 2014 | LEWIS ROCA ROTHGERBER LLP<br>KENNETH F. ROSSMAN, IV (SB # 237558)<br><br>　　　　/s/Kenneth F. Rossman, IV<br>　　　　KENNETH F. ROSSMAN, IV<br><br>1200 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 623-9000<br>Facsimile: (303) 623-9222<br>krossman@lrrlaw.com<br><br>*Attorneys for Individual Defendant David A. Flynn* |

### **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In compliance with Local Rule 5-1(i)(3), I certify that the content of the document is acceptable to all persons required to sign said document by obtaining either physical signatures or authorization for the electronic signatures of all parties on the document.

DATED: August 5, 2014　　　　　　　　　　　　　　　　/s/ Jenny L. Dixon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JENNY L. DIXON

973496

- 3 -

Case No.: 5:14-cv-00190-LHK
JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION

* * *

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: <u>August 6</u>, 2014

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE